IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JO MURPHY, | No. C 10-5837 MMC |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| WELLS FARGO BANK, N.A., | |
|     Defendant. / | |

In light of the pending Motion to Dismiss, the Case Management Conference currently scheduled for December 9, 2011 is hereby CONTINUED to January 27, 2012.

**IT IS SO ORDERED.**

Dated: December 2, 2011

_____
MAXINE M. CHESNEY
United States District Judge