IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JO MURPHY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____/ | No. C 10-5837 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    In light of the pending Motion to Dismiss, the Case Management Conference currently scheduled for December 9, 2011 is hereby CONTINUED to January 27, 2012.

    **IT IS SO ORDERED.**

Dated: December 2, 2011

                                                   MAXINE M. CHESNEY<br>
                                                 United States District Judge