IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JO MURPHY, | No. C 10-5837 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., and formerly known as WACHOVIA MORTGAGE, FSB, formerly known as WORLD SAVINGS BANK, FSB; and DOES 1-50, inclusive, | |
| Defendants. | |

By order filed December 13, 2011, the Court dismissed plaintiff's Second Amended Complaint, for failure to state a claim, and afforded plaintiff leave to file, no later than January 9, 2012, a Third Amended Complaint.  Plaintiff has not filed a Third Amended Complaint.

Accordingly, the instant action is hereby DISMISSED.

In light of the above, the Case Management Conference scheduled for January 27, 2012 is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  January 12, 2012

MAXINE M. CHESNEY
United States District Judge