**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KAREN JO MURPHY,                          No. C 10-5837 MMC

12              Plaintiff,                      **ORDER DISMISSING ACTION**

13      v.

14   WELLS FARGO BANK, N.A.; WACHOVIA
     MORTGAGE, a division of WELLS FARGO
15   BANK, N.A., and formerly known as
     WACHOVIA MORTGAGE, FSB, formerly
16   known as WORLD SAVINGS BANK, FSB;
     and DOES 1-50, inclusive,
17
                Defendants.
18   /_____

19

20          By order filed December 13, 2011, the Court dismissed plaintiff's Second Amended

21   Complaint, for failure to state a claim, and afforded plaintiff leave to file, no later than

22   January 9, 2012, a Third Amended Complaint.  Plaintiff has not filed a Third Amended

23   Complaint.

24          Accordingly, the instant action is hereby DISMISSED.

25          In light of the above, the Case Management Conference scheduled for January 27,

26   2012 is hereby VACATED.

27          **IT IS SO ORDERED.**

28   Dated:  January 12, 2012

                                              _____
                                              MAXINE M. CHESNEY
                                              United States District Judge