IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JO MURPHY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., and formerly known as WACHOVIA MORTGAGE, FSB, formerly known as WORLD SAVINGS BANK, FSB; and DOES 1-50, inclusive,<br><br>    Defendants. | No. C 10-5837 MMC<br><br>**AMENDED\* ORDER DISMISSING ACTION** |

By order filed December 13, 2011, the Court dismissed plaintiff's Second Amended Complaint, for failure to state a claim, and afforded plaintiff leave to file, no later than January 9, 2012, a Third Amended Complaint. Plaintiff has not filed a Third Amended Complaint.

Accordingly, the instant action is hereby DISMISSED with prejudice.

In light of the above, the Case Management Conference scheduled for January 27, 2012 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 23, 2012

                                                MAXINE M. CHESNEY
                                              United States District Judge

---

\* The sole amendment is to clarify that dismissal of the instant action is "with prejudice."